UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr154

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(2) KATHLEEN GIACOBBE, )<br>)<br>Defendant. ) | **ORDER** |

THIS MATTER is before the Court on the government's motion to dismiss forfeiture and to vacate the consent order and judgment of forfeiture filed in this case on August 20, 2009, as to one asset only. (Doc. No. 324).

For good cause shown, IT IS THEREFORE ORDERED THAT:

1. The government's forfeiture claim as to the bank account listed below is hereby dismissed, without prejudice; and,

2. The consent order and judgment filed on August 20, 2009 (Doc. No. 305), is vacated as to the following property only:

> **(c) all funds in the following account at Community National Bank, Derby, Vermont:**
>
> > **(ii) No. xxxxx7818 in the name of Dennis Giacobbe and/or Kathleen Giacobbe, consisting of approximately $3,494.95.**

Signed: November 9, 2009

Robert J. Conrad, Jr.
Chief United States District Judge