IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr154

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | AMENDED ORDER[1] |
| | ) | |
| KATHLEEN GIACOBBE (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the government for a continuance of the sentencing hearing in this matter from February 25, 2010, in the Charlotte Division. (Doc. No. 340).

The Court finds that the government has not stated sufficient cause for a continuance in this matter.

**IT IS, THEREFORE, ORDERED** that the motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: February 18, 2010

Robert J. Conrad, Jr.
Chief United States District Judge

---

[1] This Order corrects a typographical mistake regarding the scheduled date of the sentencing hearing.